# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:04-CR-142 |
| ) | (Phillips) |
| DANIEL ZAMBRANO-FERRIRA ) | |

## ORDER AMENDING JUDGMENT

On February 14, 2005, the defendant was sentenced to 24 months of imprisonment followed by three years of supervised release for violation of 18 U.S.C. 922(g)(5)(A). As a special condition of supervised release, the court ordered defendant deported and tolled the term of supervised release for the period that defendant remained outside the United States for a period not to exceed ten years.

Pursuant to the Sixth Circuit's recent decision in *United States v. Ossa-Gallegos*, 491 F.3d 537 (6th Cir. 2007) holding that tolling is not a contingency of supervised release under 18 U.S.C. § 3583(d) and that district courts may not toll the period of supervised release while a defendant is absent from the United States, the court hereby **AMENDS** the judgment in this case to **RESCIND** the tolling provision as a special condition of supervised release. All other provisions of the judgment shall remain as previously ordered by the court.

**IT IS SO ORDERED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge